445 A.2d 249

William C. Jenkins, etc., Appellant v. Inter-Ocean Insurance Co., etc.

Gloria Jenkins, Appellant v. Inter-Ocean Insurance Co., etc.

Argued November 12, 1980. Samuel J. Goldstein, for appellants; Paul W. Roman, Jr., for appellees.

Before CAVANAUGH, WATKINS and HOFFMAN, JJ.

Affirmed.

445 A.2d 250

McGreehan, Appellant v. Schrader Florists, et al.

Argued March 15, 1982. Myron I. Markovitz, for appellant; James Clark Munro, for appellee.

Before SPAETH, JOHNSON and HOFFMAN, JJ.

The judgment of the court is affirmed.